UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>11-20645-CR-UNGARO/TORRES</u>
18 U.S.C. § 922(g)(5)(A)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

Sept 15, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

GUILLERMO GABRIEL AGUILAR,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Possession of a Firearm by an Illegal Alien)
18 U.S.C. § 922(g)(5)(A)

On or about April 22, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GUILLERMO GABRIEL AGUILAR,**

being an alien, who was illegally and unlawfully in the United States, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

It is further alleged that the firearms are:

    (a)    one (1) Savage Arms, Mark II Model, .22 caliber rifle;

    (b)    one (1) Winchester, Model 94AE, 30-30 WIN rifle; and

    (c)    one (1) Remington, Model 870 Express Magnum, 12 gauge shotgun.

## COUNT 2
### (Possession of Cocaine with Intent to Distribute)
### 21 U.S.C. § 841(a)(1)

On or about April 22, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GUILLERMO GABRIEL AGUILAR,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)
### 18 U.S.C. § 924(c)(1)(A)(i)

On or about April 22, 2011, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GUILLERMO GABRIEL AGUILAR,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GUILLERMO GABRIEL AGUILAR**, has an interest.

2. Upon conviction of any of the offenses listed in Counts 1 and 3 of this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offense listed in Count 2 of this Indictment, the defendant shall forfeit to the United States all of his right, title and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, and (b) any of the defendant's property that was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

4. The property that is subject to forfeiture includes, but is not limited to, the following:

    (a) One (1) Savage Arms, Mark II Model, .22 caliber rifle;

    (b) One (1) Winchester, Model 94AE, 30-30 WIN rifle; and

    (c) One (1) Remington, Model 870 Express Magnum, 12 gauge shotgun.

All pursuant to Title 28, United States Code, Section 2461(c); Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1); and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| vs. | |
| GUILLERMO GABRIEL AGUILAR, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. | |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    2-3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      X           Petty       ___
   II   6 to 10 days     ___         Minor       ___
   III  11 to 20 days    ___         Misdem.     ___
   IV   21 to 60 days    ___         Felony      X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes:
   Magistrate Case No.               _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     4/22/2011
   Rule 20 from the    _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes   X No

_____
ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501554

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: GUILLERMO GABRIEL AGUILAR

Case No: _____

Count #: 1

Possession of a Firearm by an Unlawful and Illegal Alien

Title 18, United States Code, Section 922(g)(5)(A)

*Max. Penalty:   10 Years' Imprisonment

Count #: 2

Possession of Cocaine with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty:   20 Years' Imprisonment

Count #: 3

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)(i)

*Max. Penalty:   Life Imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.